**Web Pages Cited in the Opinion**




**UNITED STATES INTERNATIONAL TRADE COMMISSION**

Welcome to the USITC > Import Injury > Investigations > 2004 > Polyethylene Retail Carrier Bags : Final Phase

:: AD CVD Investigations

< Go To Active Investigations     Go To Completed Investigations >

**Completed Investigations**
Polyethylene Retail Carrier Bags From China, Malaysia, and Thailand
Inv. No. 731-TA-1043-1045 (Final)
Final Phase

**Key Dates**

| Start | Return Questionnaires | Prehearing Report | Prehearing Briefs | Commerce Final | Hearing |
|---|---|---|---|---|---|
| 01/26/2004 | 03/07/2004 | 10/26/2004 | 06/03/2004 | 06/09/2004 | 06/10/2004 |

| Posthearing Briefs | Final Report | Record Closing | Final Comments | Proposed Vote | End |
|---|---|---|---|---|---|
| 06/17/2004 | 06/30/2004 | 07/06/2004 | 07/08/2004 | 07/15/2004 | 07/23/2004 |

**Contacts**

| Office of Investigations | Name/E-mail | Phone |
|---|---|---|
| Investigator | Olympia Hand | 202.205.3182 |
| Supervisory Investigator | George Deyman | 202.205.3197 |

| | PDF | WEB | DOC |
|---|---|---|---|
| **ITC Notices** | PDF | WEB | DOC |
| Scheduling Notice | PDF | WEB | |
| Determination | PDF | WEB | |
| | | | |
| **ITC Questionnaires** | PDF | WEB | DOC |
| U.S. - Producer | PDF | | WPD |
| U.S. - Importer | PDF | | WPD |
| U.S. - Purchaser | PDF | | WPD |
| Foreign - Producer | PDF | | WPD |
| Instructions - U.S. | PDF | | WPD |
| Instructions - Foreign Producer | PDF | | WPD |
| | | | |
| **ITC Transcripts** | PDF | WEB | DOC |
| Hearing | PDF | | WPD |
| Vote | PDF | | WPD |
| | | | |
| **Other ITC Documents** | PDF | WEB | DOC |
| Service List - APO | PDF | | |
| Service List - Public | PDF | | |
| News Release | | WEB | |
| Public Report | PDF | | |
| | | | |
| **Commerce Department Documents** | PDF | WEB | DOC |
| Final Determination - China | PDF | WEB | |
| Final Determination - Malaysia | PDF | WEB | |
| Final Determination - Thailand | PDF | WEB | |
| Final Determination - Amended-China | PDF | | |
| Final Determination - Amended Thailand | PDF | WEB | |
| Order - Antidumping-China | PDF | WEB | |
| Order - Antidumping-Malaysia | PDF | WEB | |
| Order - Antidumping-Thailand | PDF | WEB | |

**Legend**
PDF = Adobe Acrobat File   WEB = Web Document   WORD = Word Document   WPD = WordPerfect Document

Print page  Top of page

accessibility :: privacy policy :: equal employment opportunity :: freedom of information act :: ethics :: acrobat reader